AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Timothy Garcia Telephone: (313) 226-9522
Special Agent: Dawn Ohanian Telephone: (313) 226-0500

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Mohamd Salim ABDESSAMED

Case No.
Case: 2:26−mj−30364
Assigned To : Unassigned
Assign. Date : 6/15/2026
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 4, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 111(a)(1) and (b) | Assaulting, Resisting, or Impeding certain officers or employees |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Dawn Ohanian, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: June 15, 2026

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Dawn M. Ohanian, a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations, being duly sworn, hereby depose and state:

## Introduction

1. I have been a Special Agent with Homeland Security Investigations (HSI) since 2025. I have been employed as a Federal Agent for over 32 years, having previously served as a Special Agent with the U.S. Drug Enforcement Administration from 1996 to 2024. Prior to my service with DEA, I was employed as a Border Patrol Agent with the U.S. Border Patrol, Immigration and Naturalization Service for 3 ½ years, beginning my federal service in 1992. During my law enforcement career, I have investigated and/or made arrests for violations of Titles 8, 18, 19, 21, and 31 of the United States Code. I am currently assigned to the HSI Detroit Homeland Security Taskforce (HSTF), which is responsible for conducting Title 8 investigations and enforcing laws that are under the investigative jurisdiction of HSI in the Eastern District of Michigan. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am

empowered to investigate and make arrests for violations of federal criminal laws.

2. I submit this affidavit because I have probable cause to believe that on or about June 4, 2026, Mohamd Salim ABDESSAMED violated 18 U.S.C. § 111 (a)(1) and (b) by forcibly assaulting, resisting, opposing, impeding, or interfering with a federal officer or employee while engaged in the performance of official duties by using a deadly or dangerous weapon during the commission of the assault and inflicting bodily injury.

3. I submit this affidavit for the limited purpose of establishing probable cause that ABDESSAMED committed the above-described violations of federal law. I have not included every fact I know in connection with this investigation. The statements contained in this affidavit are based on information I obtained from witness interviews, written reports, my own observations and actions, information received from other law enforcement agents, my training and experience, and that of other agents and officers working with me.

**Probable Cause**

4. On June 4, 2026, Deportation Officers of Detroit

Enforcement Removal Operations (ERO), Immigration and Customs Enforcement (ICE) formulated plans to locate Mohamd Salim ABDESSAMED who was believed to be residing at a home on Tireman Avenue in Detroit, in the Eastern District of Michigan. Officers believed that ABDESSAMED (AXXX XXX 701), a citizen of Mauritania, was in violation of several requirements of the Alien Registration Act.

5. While conducting surveillance of a targeted residence on Tireman Avenue, Officers observed a North African male of the approximate age and physical description as ABDESSAMED (obtained through prior immigration processing data and photos) exit the residence, walk across the street, and enter a 2015 Chevrolet Malibu sedan parked at the curb of Minock Street, south of Tireman Avenue. Michigan Secretary of State databases list the registered owner of the Malibu as Mohamd Salim ABDESSAMED.

7. Officers began mobile surveillance of the Malibu as it headed southbound on Minock Street. Two officers drove their official government vehicles in a northbound direction toward the Malibu and two other vehicles followed the Malibu southbound. Four government

vehicles initiated a vehicle stop of the Malibu, activating their emergency lights and sirens. ABDESSAMED, the sole occupant of the Malibu, failed to yield and swerved east into the northbound lane of traffic. ABDESSAMED struck the front left bumper of Victim 1's official government vehicle, which had emergency equipment activated. ABDESSAMED then accelerated, striking the driver's side door of Victim 2's vehicle as the officer was exiting the vehicle. Victim 2's left arm and leg were pinned between the driver's door and B Pillar of the frame. ABDESSAMED continued southbound and struck the front passenger side of Victim 3's official government vehicle and continued southbound on Minock Street at a high rate of speed. Project Greenlight camera footage captured the Malibu cross Warren Avenue without yielding and head eastbound on Whitlock Avenue, speeding past a children's playground. ABDESSAMED lost control approaching Warwick Street where the Malibu left the roadway, sped through a fenced yard, and struck an outbuilding and parked vehicles, where the Malibu finally came to rest. This action caused extensive property damage and self-inflicted injury.

8. Victim 2 was subsequently transported to the hospital for

emergency care. Victim 2 sustained contusions to the left arm and leg and needs continuing medical care, namely several weeks of physical therapy and medicine.

9. On June 5, 2026, officers conducted a fingerprint analysis of ABDESSAMED, which revealed a match to that of Mohamad Salim ABDESSAMED (AXXX XXX 701), a native and citizen of Mauritania, who per immigration databases is in pending removal proceedings.

**Conclusion**

15. Based on the above-stated facts and my experience and training, I submit that there is probable cause to believe that, on or about June 4, 2026, Mohamd Salim ABDESSAMED violated 18 U.S.C. § 111(a)(1) and (b) by forcibly assaulting, resisting, opposing, impeding, or interfering with a federal officer or employee while engaged in the performance of official duties, by using a deadly or dangerous weapon and inflicting bodily injury to Victim 2. I, therefore, respectfully request the attached warrant be issued authorizing said complaint.

Respectfully submitted,

Dawn M. Ohanian
Special Agent
Homeland Security Investigations

Sworn before me and signed in my
presence and/or by reliable electronic means.

HONORABLE KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

June 15, 2026